**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

OSMANY ALEXANDER RECINOS,              )
                                       )
          Petitioner,                  )
                                       )
vs.                                    )          Case No. CIV-26-52-R
                                       )
SCARLET GRANT, et al.,                 )
                                       )
          Respondents.                 )

## ORDER

This matter comes before the Court for review of a Report and Recommendation [Doc. No. 11] issued by United States Magistrate Judge Amanda L. Maxfield. Judge Maxfield recommends that Petitioner's Petition for Habeas Corpus be denied. The case file shows no timely objection to the Report nor request for an extension of time, even though Petitioner was expressly informed of his right to object, the procedure for doing so, and the consequences of failing to object.

The Court adopts the Report and Recommendation in its entirety and, for the reasons stated therein, the Petition for Writ of Habeas Corpus is denied.

IT IS SO ORDERED this 11th day of May, 2026.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE